IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE MORRIS PARISIAN,<br><br>Defendant. | CR 13-102-BLG-SEH-01<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11. *See ECF 32 at 6*. Defendant stated at the hearing that he no longer wishes to change his plea in accordance with the Plea Agreement. Accordingly, IT IS RECOMMENDED that Defendant's motion to change plea (*ECF 26*) be DENIED.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 12th day of December, 2013.

/s/ Carolyn S. Ostby
United States Magistrate Judge