FILED
DEC 30 2013
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-102-BLG-SPW-01 |
|---|---|
| Plaintiff, | |
| vs. | DENIAL OF DEFENDANT'S MOTION TO CHANGE PLEA |
| GEORGE MORRIS PARISIAN, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Carolyn S. Ostby, to which there has been no objection, Defendant George Parisian's motion to change plea is **DENIED**. A new trial date will be issued in a separate order.

DATED this 30th day of December, 2013.

Susan P. Watters
United States District Judge